1  JOHN K. UILKEMA (CBN 034028)
   RONALD F. LOPEZ (CBN 111756)
2  THELEN REID BROWN RAYSMAN & STEINER LLP
3  101 Second Street, Suite 1800
   San Francisco, CA 94105
4  Telephone: (415) 371-1200
   Fax: (415) 371-1211
5

6  Attorneys for Plaintiff
7  DOW PHARMACEUTICAL SCIENCES, INC.

8

9             UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 _____

13 DOW PHARMACEUTICAL
   SCIENCES, INC.                              CASE NO. C 07 2444 JCS
14 1330 Redwood Way
   Petaluma, CA 94954,
15                                             (Proposed)
              Plaintiff,                       ORDER GRANTING APPLICATION
16                                             FOR ADMISSION OF ATTORNEY
           v.                                  *PRO HAC VICE*
17
18 DERMIK LABORATORIES, INC,
   1050 Westlake Drive, Suite 100
19 Berwyn, PA 19312,

20            Defendant.
   _____
21

22     E. Anthony Figg, an active member in good standing of the bar of the District of

23 Columbia, whose business address and telephone number (particular court to which applicant is

24 admitted)

25     is

26 Rothwell, Figg, Ernst & Manbeck, 1425 K Street, N.W., Suite 800, Washington, D.C. 20005.

27 Telephone No. (202) 783-6040.

28

1  having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing Plaintiff, Dow Pharmaceutical Services, Inc.
3       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designed in the application will
6  constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

8  Dated: 5/15/07

9                                   ~~United States District Judge~~
10                                  Magistrate Joseph C. Spero