UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DOW PHARMACEUTICAL,

        Plaintiff,

  v.

DERMIK LABORATORIES et al,

        Defendant.
                                          /

Case Number: CV07-02444 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. Anthony Figg
Rothwell, Figg, Ernst & Manbeck
1425 K Street
Suite 800
Washington, DC 20005

Joseph A. Hynds
Rothwell, Figg, Ernst & Manbeck
1425 K Street
Suite 800
Washington, DC 20005

Dated: May 17, 2007

                                                                Richard W. Wieking, Clerk
                                                                 By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DOW PHARMACEUTICAL,

        Plaintiff,

  v.

DERMIK LABORATORIES et al,

        Defendant.

Case Number: CV07-02444 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. Anthony Figg
Rothwell, Figg, Ernst & Manbeck
1425 K Street
Suite 800
Washington, DC 20005

Joseph A. Hynds
Rothwell, Figg, Ernst & Manbeck
1425 K Street
Suite 800
Washington, DC 20005

Dated: May 17, 2007

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOW PHARMACEUTICAL, <br><br> Plaintiff, <br><br> v. <br><br> DERMIK LABORATORIES et al, <br><br> Defendant. _____/ | Case Number: CV07-02444 JCS <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. Anthony Figg
Rothwell, Figg, Ernst & Manbeck
1425 K Street
Suite 800
Washington, DC 20005

Joseph A. Hynds
Rothwell, Figg, Ernst & Manbeck
1425 K Street
Suite 800
Washington, DC 20005

Dated: May 17, 2007

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DOW PHARMACEUTICAL,

        Plaintiff,

  v.

DERMIK LABORATORIES et al,

        Defendant.
                                    /

Case Number: CV07-02444 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. Anthony Figg
Rothwell, Figg, Ernst & Manbeck
1425 K Street
Suite 800
Washington, DC 20005

Joseph A. Hynds
Rothwell, Figg, Ernst & Manbeck
1425 K Street
Suite 800
Washington, DC 20005

Dated: May 17, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk