JOHN K. UILKEMA (CBN 034028)
RONALD F. LOPEZ (CBN 111756)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Fax: (415) 371-1211

Attorneys for Plaintiff
DOW PHARMACEUTICAL SCIENCES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOW PHARMACEUTICAL SCIENCES, INC.<br>1330 Redwood Way<br>Petaluma, CA 94954,<br><br>    Plaintiff,<br><br>v.<br><br>DERMIK LABORATORIES, INC,<br>1050 Westlake Drive, Suite 100<br>Berwyn, PA 19312,<br><br>    Defendant. | Civil Action No. C 07-02444 JCS<br><br>REQUEST TO RESET CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

     Plaintiff commenced this case on May 7, 2007. However the case has not yet been served on defendant. Plaintiff respectfully requests that the Case Management Conference be continued

SF #1309745 v1

-1-

REQUEST TO RESET CASE MANAGEMENT CONFERENCE AND ADR DEADLINE

1  pending service of the complaint.  Attached as Exhibit A is a copy of the Court's Order Setting

2  Initial Case Management Conference and ADR Deadlines.

3

4
   Date: July 19, 2007                                    Respectfully submitted,
5

6

7

8                                                         By: _/s/ Ronald F. Lopez, Esq.
                                                          John K. Uilkema
9                                                         Ronald F. Lopez
                                                          Attorneys for Plaintiff
10                                                        DOW PHARMACEUTICAL SCIENCES,
                                                                INC.
11

12
   **Of Counsel:**
13 E. Anthony Figg
   C. Nichole Gifford
14 ROTHWELL, FIGG, ERNST & MANBECK
   1425 K Street, NW, Suite 800
15 Washington, DC 20005
16 (202) 783-6040

17 Attorneys for Plaintiff
   DOW PHARMACEUTICAL SCIENCES, INC.
18

19

20

21

22

23

24

25

26

27

28

SF #1309745 v1                          -2-
REQUEST TO RESET CASE MANAGEMENT CONFERENCE AND ADR DEADLINE