JOHN K. UILKEMA (CBN 034028)
RONALD F. LOPEZ (CBN 111756)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Fax:  (415) 371-1211


Attorneys for Plaintiff
DOW PHARMACEUTICAL SCIENCES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOW PHARMACEUTICAL SCIENCES, INC. <br> 1330 Redwood Way <br> Petaluma, CA 94954, <br><br> Plaintiff, <br><br> v. <br><br> DERMIK LABORATORIES, INC, <br> 1050 Westlake Drive, Suite 100 <br> Berwyn, PA  19312, <br><br> Defendant. | Civil Action No. C 07-02444 JCS <br><br> MOTION TO RESET CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

    Plaintiff commenced this case on May 7, 2007.  Plaintiff has 120 days to serve this case.  However the case has not yet been served on defendant.

SF #1309745 v2                                    -1-
MOTION TO RESET CASE MANAGEMENT CONFERENCE AND ADR DEADLINES – Case No. C 07-02444 JCS

Pending service of this case, plaintiff respectfully requests that the Case Management Conference be continued to October 5, 2007, pending service of the complaint, and the initial case management conference date be vacated. Attached as Exhibit A is a copy of the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Date: July 30, 2007

Respectfully submitted,

By: _/s/ Ronald F. Lopez, Esq.
John K. Uilkema
Ronald F. Lopez
Attorneys for Plaintiff
DOW PHARMACEUTICAL SCIENCES, INC.

**Of Counsel:**
E. Anthony Figg
C. Nichole Gifford
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

Attorneys for Plaintiff
DOW PHARMACEUTICAL SCIENCES, INC.