1  JOHN K. UILKEMA (CBN 034028)
   RONALD F. LOPEZ (CBN 111756)
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105
   Telephone: (415) 371-1200
4  Fax:  (415) 371-1211

5

6  Attorneys for Plaintiff
   DOW PHARMACEUTICAL SCIENCES, INC.
7

8

9                  **UNITED STATES DISTRICT COURT**

10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11
   _____
12                                         :
   DOW PHARMACEUTICAL                      :
13 SCIENCES, INC.                          :
   1330 Redwood Way                        :
14 Petaluma, CA 94954,                     :
                                           :
15        Plaintiff,                       :   Civil Action No. C 07-02444 JCS
16                                         :
                                           :   MOTION TO RESET CASE
17                                         :   MANAGEMENT CONFERENCE
                                           :   AND ADR DEADLINES
18 v.                                      :
19                                         :
   DERMIK LABORATORIES, INC,               :
20 1050 Westlake Drive, Suite 100          :
   Berwyn, PA  19312,                      :
21                                         :
                                           :
22        Defendant.                       :
   _____:
23

24

25        Plaintiff commenced this case on May 7, 2007.  Plaintiff has 120 days to serve this case.

26 However the case has not yet been served on defendant.

27

28

SF #1309745 v2                      -1-
MOTION TO RESET CASE MANAGEMENT CONFERENCE AND ADR DEADLINES – Case No. C 07-02444 JCS

1    Pending service of this case, plaintiff respectfully requests that the Case Management

2  Conference be continued  to October 5, 2007, pending service of the complaint, and the initial case

3  management conference date be vacated.  Attached as Exhibit A is a copy of the Court's Order

4  Setting Initial Case Management Conference and ADR Deadlines.

5

6

7  Date: July 30, 2007                                      Respectfully submitted,

8

9

10                                                 By: _/s/ Ronald F. Lopez, Esq.
                                                   John K. Uilkema
11                                                 Ronald F. Lopez
                                                   Attorneys for Plaintiff
12                                                 DOW PHARMACEUTICAL SCIENCES,
13                                                      INC.

14

15  **Of Counsel:**
   E. Anthony Figg
16  C. Nichole Gifford
   ROTHWELL, FIGG, ERNST & MANBECK
17  1425 K Street, NW, Suite 800
   Washington, DC 20005
18  (202) 783-6040

19
   Attorneys for Plaintiff
20  DOW PHARMACEUTICAL SCIENCES, INC.

21  IT IS HEREBY ORDRED THAT the initial case management conference, currently set for 8/10/7,
   at 1:30 PM, has been continued to October 12, 2007, at 1:30 PM. A joint case management
22  conference statement shall be due by October 5, 2007.
   IT IS SO ORDERED AS MODIFIED.
23

24  Dated:  July 31, 2007

25

26

27

28

SF #1309745 v2                                  -2-
MOTION TO RESET CASE MANAGEMENT CONFERENCE AND ADR DEADLINES – Case No. C 07-02444 JCS