1  JOHN K. UILKEMA (CBN 034028)
   RONALD F. LOPEZ (CBN 111756)
2  THELEN REID BROWN RAYSMAN & STEINER LLP
3  101 Second Street, Suite 1800
   San Francisco, CA 94105
4  Telephone: (415) 371-1200
   Fax:  (415) 371-1211
5

6  Attorneys for Plaintiff
   DOW PHARMACEUTICAL SCIENCES, INC.
7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11
   _____
12                                        :
   DOW PHARMACEUTICAL                     :
13 SCIENCES, INC.                         :
   1330 Redwood Way                       :
14 Petaluma, CA 94954,                    :
                                          :
15        Plaintiff,                      :   Civil Action No. C 07-02444 JCS
16                                        :
                                          :   NOTICE OF DISMISSAL
17                                        :   PURSUANT TO FRCP 41(a)(1)
   v.                                     :
18                                        :
   DERMIK LABORATORIES, INC,              :
19 1050 Westlake Drive, Suite 100         :
20 Berwyn, PA  19312,                     :
                                          :
21        Defendant.                      :
   _____:
22

23

24        Plaintiff , Dow Pharmaceutical Sciences, Inc., through its undersigned counsel, hereby

25 / / /

26 / / /

27 / / /

28

SF #1344106 v1                           -1-
NOTICE OF DISMISSAL PURSUANT TO FRCP 4 (a)(1) – Case No. C 07-02444 JCS

1 | dismisses this action, without prejudice.

2 | Date: September 24, 2007           Respectfully submitted,

By: _/s/ Ronald F. Lopez, Esq.
John K. Uilkema
Ronald F. Lopez
Attorneys for Plaintiff
DOW PHARMACEUTICAL SCIENCES, INC.

**Of Counsel:**
E. Anthony Figg
C. Nichole Gifford
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783-6040

Attorneys for Plaintiff
DOW PHARMACEUTICAL SCIENCES, INC.